

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.M.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The appellant's brief was originally due to be filed on July 7, 2022. After neither the brief nor a motion for extension of time to file the brief had been filed, we ordered appellant to file his brief by July 14, 2022. On July 14, 2022, appellant filed a motion for an extension of time to file his brief. We GRANT appellant's motion and ORDER that appellant's brief must be filed no later than **July 25, 2022.** Given the time constraints governing the disposition of this appeal, **no further requests for extensions of time will be allowed absent extraordinary circumstances.**

It is so **ORDERED** on July 15, 2022.

**PER CURIAM**

ATTESTED: _____
MICHAEL A. CRUZ,
CLERK OF COURT